UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MATTHEW MAYO,                           :
                                        :
                            Plaintiff,  :
                                        :
              -v-                       :     09 Civ. 9922 (DLC)
                                        :
SGT. PALOMBA, OFFICER J. TEJEDA,        :          ORDER
OFFICER DEXTER MILES, INMATE JOHN       :
SMITH,                                  :
                                        :
                            Defendants. :
                                        :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10
```

DENISE COTE, District Judge:

This case has been assigned to this Court.  The complaint
was filed on December 3, 2009, but our files reflect that the
complaint was never served on the defendants.  It is hereby

ORDERED that the plaintiff advise the Court in writing why
plaintiff has failed to serve the summons and complaint within
the 120 day s prescribed by Rule 4(m) of the Federal Rules of
Civil Procedure, or, if you believe that the defendants have
been served, when and in what manner such service was made.

IT IS FURTHER ORDERED that if we do not receive any written
communication from you by **May 6, 2010**, showing good cause why
such service was not made within the 120 days, the Court will
dismiss the case.

In addition, in the event that your address changes, please be sure to inform the Court of your new address.  Failure to do so may result in dismissal of your lawsuit.

SO ORDERED:

Dated:    New York, New York
          April 6, 2010

_____
DENISE COTE
United States District Judge

**COPIES SENT TO:**

Matthew Mayo
190049
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595