```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
MATTHEW MAYO,                            :
                        Plaintiff,       :
                                         :
            -v-                          :    09 Civ. 9922 (DLC)
                                         :
SGT. PALOMBA, OFFICER J. TEJEDA,         :    ORDER
OFFICER DEXTER MILES, INMATE JOHN        :
SMITH,                                   :
                        Defendants.      :
                                         :
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/10/10

DENISE COTE, District Judge:

By Order dated April 6, 2010, plaintiff was directed to communicate with the Court, in writing, by May 6, 2010, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. Having received no communication from plaintiff, it is hereby

ORDERED that this action is dismissed without prejudice. The Clerk of Court shall close the case.

SO ORDERED:

Dated:   New York, New York
         May 10, 2010

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Matthew Mayo
190049
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595